IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| SALVADOR JIMENEZ | § | |
| VS. | § | CIVIL ACTION NO. 1:08cv643 |
| DIRECTOR, TDCJ-CID | § | |

## MEMORANDUM OPINION REGARDING VENUE

Petitioner Salvador Jimenez, an inmate confined in the Montford Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this petition for writ of habeas corpus.

## Discussion

Petitioner states that in 1999, he was convicted of a criminal offense in the 411th District Court of Polk County, Texas. He was sentenced to life imprisonment.

Petitioner filed this petition for writ of habeas corpus in the district in which he was convicted. Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring his petition for writ of habeas corpus in the district in which he was convicted or the district in which he is incarcerated. Accordingly, this court has jurisdiction over the petition.

However, while Polk County is located within the Eastern District of Texas, it is in the Lufkin Division, rather than the

Beaumont Division. As a result, this case should be transferred to the Lufkin Division of this court. A Transfer Order shall be entered in accordance with this Memorandum Opinion.

**SIGNED** this  12  day of   November  , 2008.

KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE